# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels
Franklin Detention Ctr. DOC No. 187611
388 Natures Acres Road
Winnsboro LA 71295

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on **October 10, 2018**

## REHEARING ACTION: October 10, 2018

**Docket Number: 18   00037-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. CR 2010-F-5578**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Phyllis M. Keaty**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Donald Runnels** is:

**REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent